

**FILED**

JUN 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Application for an Order Authorizing the Use of a Pen Register Device, Trap and Trace Device, Dialed Number Interceptor, Number Search Device, and Caller Identification Service, and the Disclosure of Billing, Subscriber, Air Time, and Cell Site Information | No. 2:07-sw-00160 GGH |

**O R D E R**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion to Unseal the documents filed in 2:07-sw-00160 GGH is GRANTED.

DATED: _June 29_, 2007

GREGORY G. HOLLOWS
─────────────────────
GREGORY G. HOLLOWS
United States Magistrate Judge